IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Varnado-Kemp, Donna M

Printed: 2/19/08

Case Number: 05 B 31055
Judge: Wedoff, Eugene R
Filed: 8/8/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 3, 2008
Confirmed: September 29, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,100.00 |  |
| Secured: |  | 9,260.35 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 639.65 |
| Other Funds: |  | 0.00 |
| Totals: | 12,100.00 | 12,100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nicole G Lawson | Administrative | 2,200.00 | 2,200.00 |
| 2. | Wells Fargo Fin Acceptance | Secured | 12,974.95 | 9,260.35 |
| 3. | Wells Fargo Fin Acceptance | Unsecured | 742.95 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 120.69 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 73.00 | 0.00 |
| 6. | Ameritech | Unsecured |  | No Claim Filed |
| 7. | Direct Tv | Unsecured |  | No Claim Filed |
| 8. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 9. | Harris & Harris | Unsecured |  | No Claim Filed |
| 10. | United States Dept Of Education | Unsecured |  | No Claim Filed |
| 11. | Princeton Park Agency | Unsecured |  | No Claim Filed |
| 12. | Illinois Collection Service | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 16,111.59 | $ 11,460.35 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 211.75 |
| 5% | 77.50 |
| 4.8% | 91.20 |
| 5.4% | 259.20 |
|  | _____ |
|  | $ 639.65 |

Page 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Varnado-Kemp, Donna M

Printed: 2/19/08

Case Number: 05 B 31055
Judge: Wedoff, Eugene R
Filed: 8/8/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

